IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUANA BRIANO,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 06-1270 AWI LJO<br><br>**ORDER TO RESCHEDULE MANDATORY SCHEDULING CONFERENCE**<br><br>Date: March 21, 2007<br>Time: 8:30 a.m.<br>Dept.: 8 (LJO) |

This Court set a February 13, 2007 mandatory scheduling conference. Plaintiff Garden City Boxing Club ("plaintiff") has indicated that it has experienced difficulty to serve defendant Juana Briano ("defendant") with the summons and complaint. As such, further postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

1. ORDERS plaintiff to serve forthwith defendant with a summons and complaint and to file proofs of such service with this Court;

2. VACATES the February 13, 2007 mandatory scheduling conference;

3. RESETS the mandatory scheduling conference for March 21, 2007 at 8:30 a.m. in Department 8 (LJO) of this Court. The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680;

4. ORDERS the parties, no later than March 14, 2007, to file a Joint Scheduling Report

which includes the information required by Exhibit A to the September 15, 2006 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to ljoorders@caed.uscourts.gov and formatted in WordPerfect or Word;

5. ORDERS the parties to otherwise comply with the September 15, 2006 order setting the original scheduling conference; and

6. ORDERS plaintiffs to serve of a copy this order on defendant.

IT IS SO ORDERED.

**Dated:      February 6, 2007**                    **/s/ Lawrence J. O'Neill**
66h44d                                                             UNITED STATES DISTRICT JUDGE