IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GARDEN CITY BOXING,** | ) | 1:06-CV-1270 AWI NEW (WMW) |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT |
| **JUANA BRIANO, dba Lamont Club,** | ) | |
| **Defendant.** | ) | (Doc. 14, 21) |
| _____ | ) | |

This is a civil action for damages in which the Clerk of the Court previously entered default. Plaintiff now seeks the entry of a default judgment in its favor and the awarding of damages in the amount of $102,500.00. A hearing was held on this matter on May 10, 2007. Following the hearing and pursuant to the court's request, Plaintiff's counsel filed a supplemental declaration on June 18, 2007.

On July 10, 2007, the Magistrate Judge entered findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on July 10, 2007, are a adopted in full;
2. The Clerk of the Court is directed to enter default judgment against Defendant and for Plaintiff; and
3. Damages be awarded in favor of Plaintiff as follows:

a) for violation of 47 U.S.C. Section 605, the sum of $10,000.00;

b) for violation of 47 U.S.C. section 553, the sum of $10,000.00;

c) for violation of 47 U.S.C. section 553(c)(3)(B) and 605(e)(3)(C)ii), the sum of $3,000;

d) for reasonable attorney's fees pursuant to 47 U.S.C. section 553 and 605, the sum of $3,150.00;

e) for costs, the sum of $953.78.

IT IS SO ORDERED.

**Dated:     August 31, 2007**                                   /s/ Anthony W. Ishii
                                                            UNITED STATES DISTRICT JUDGE

2