UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

GARDEN CITY BOXING,

    Plaintiff,

vs.

JUANA BRIANO, DBA LAMONT CLUB,

    Defendant.

**DEFAULT JUDGMENT**

**CIV-F-06-1270 AWI NEW (WMW)**

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff and against the Defendant in the amount of:

a) for violation of 47 U.S.C. Section 605, the sum of $10,000.00;

b) for violation of 47 U.S.C. section 553, the sum of $10,000.00;

c) for violation of 47 U.S.C. section 553(c)(3)(B) and 605(e)(3)(C)ii, the sum of $3,000;

d) for reasonable attorney's fees pursuant to 47 U.S.C. section 553 and 605, the sum of $3,150.00;

e) for costs, the sum of $953.78.

Date: September 6, 2007

VICTORIA C. MINOR, CLERK

/S/ S.MARTIN

By S. Martin, Deputy Clerk

dfltjgm

dfltjgm