IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUANA BRIANO, dba LAMONT CLUB, )<br>)<br>Defendant. )<br>_____ ) | CIV- F-06-1270 AWI GSA<br><br>ORDER VACATING<br>HEARING DATE OF<br>DECEMBER 10, 2007 |

    On October 26, 2007, Plaintiff filed a motion to enforce its default judgment award. Doc. 26. The matter was scheduled for oral argument on December 10, 2007. Defendant has not filed an opposition as of December 6, 2007. Under Local Rule 28-230(c), any opposition was due no fewer than 14 days before the date of the hearing. That deadline has passed, and Defendant is no longer entitled to be heard in opposition at oral argument. The court has reviewed the papers and has determined that the motion is suitable for decision without hearing. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 10, 2007 is VACATED, and no party shall appear at that time.

IT IS SO ORDERED.

**Dated:    December 6, 2007**                    /s/ Anthony W. Ishii
                                                                     UNITED STATES DISTRICT JUDGE